FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 28, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JIM CUPP, a married person,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a foreign insurer,<br><br>　　　　Defendant. | No. 2:19-CV-00080-SAB<br><br>**ORDER DISMISSING CASE** |

　　　Before the Court is the parties' Stipulated Motion for Dismissal With Prejudice, ECF No. 21. The parties request that the Court dismiss this case with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby grants the motion and dismisses the action.

//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Dismissal With Prejudice, ECF No. 21, is **GRANTED**.

2. All claims, financial offsets, affirmative defenses, and counterclaims that were plead or that could have been plead by either party are **DISMISSED with prejudice** and without an award of attorneys' fees and/or costs to any party.

3. The District Court Executive is directed to **CLOSE** the file.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 28th day of March 2022.



_Stanley A. Bastian_
Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE \*2**